PAUL L. REIN, Esq. (SBN 43053)
AARON M. CLEFTON, Esq. (SBN 318680)
REIN & CLEFTON, Attorneys at Law
200 Lakeside Drive, Suite A
Oakland, CA 94612
Telephone: 510/832-5001
Facsimile: 510/832-4787
info@reincleftonlaw.com

Attorneys for Plaintiff
ARTHUR RENOWITZKY

MICHAEL A. FARBSTEIN (CASB#107030)
RAMSEY F. KAWAR (CASB#213497)
FARBSTEIN & BLACKMAN
A Professional Corporation
411 Borel Avenue, Suite 425
San Mateo, California 94402-3518
Telephone: (650) 554-6200
Facsimile: (650) 554-6240
Email: maf@farbstein.com
Email: rfk@farbstein.com

Attorneys for Defendant
FONTANA HOSPITALITY GROUP, LLC, dba
MALONE'S GRILLE; FONTANA FAMILY INVESTMENTS, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTHUR RENOWITZKY,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>FONTANA HOSPITALITY GROUP, LLC, dba MALONE'S GRILLE; FONTANA FAMILY INVESTMENTS, LLC,<br><br>　　　　　Defendants. | CASE NO. 5:20-cv-07569-NC<br>Civil Rights<br><br>**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**<br><br>Action Filed: October 28, 2020 |

## **STIPULATION**

Plaintiff ARTHUR RENOWIZTKY ("Plaintiff") and Defendants FONTANA

- 1 -

HOSPITALITY GROUP, LLC, dba MALONE'S GRILLE; FONTANA FAMILY INVESTMENTS, LLC ("Defendants") hereby stipulate and request pursuant to FRCP Rule 41(a) that the Court order that all of Plaintiff's claims in this action against Defendant be dismissed with prejudice.

**IT IS SO STIPULATED.**

Dated: April 30, 2021      REIN & CLEFTON

     */s/ Aaron M. Clefton*
By: AARON M. CLEFTON, Esq.
Attorneys for Plaintiff
ARTHUR RENOWITZKY

Dated: April 30, 2021      FARBSTEIN & BLACKMAN
A Professional Corporation

     */s/ Ramsey F. Kawar*
By: RAMSEY F. KAWAR, Esq.
Attorneys for Defendants
FONTANA HOSPITALITY GROUP, LLC, dba MALONE'S GRILLE; FONTANA FAMILY INVESTMENTS, LLC

**FILER'S ATTESTATION**

Pursuant to Local Rule 5-1, I hereby attest that on April 30, 2021, I, Aaron Clefton, attorney with Rein & Clefton, received the concurrence of Ramsey F. Kawar, Esq. in the filing of this document.

     */s/ Aaron Clefton*
Aaron Clefton

- 2 -
STIP AND TO DISMISS
CASE NO. 5:20-cv-07569-NC

**ORDER**

Pursuant to stipulation, and for good cause shown, IT IS SO ORDERED.

Dated: April 30, 2021



Honorable Nathanael Cousins
U.S. Magistrate Judge